FULL NAME: Gary M. Gruber

COMMITTED NAME (if different):

FULL ADDRESS INCLUDING NAME OF INSTITUTION: 11344 Valle Vista Road, Lakeside, CA 92040

PRISON NUMBER (if applicable):

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 15 2023

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Gary M. Gruber
  PLAINTIFF,
v.
Ray Bon Johnson et al,
  DEFENDANT(S).

CASE NUMBER: 2:23-CV-01824-FLA(MAA)

First Amended Complaint

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes ☐ No

2. If your answer to "1." is yes, how many? __one__

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

On August 23, 2022, Plaintiff Gary Gruber, filed a complaint pursuant to 42 U.S.C. §1983. On October 27, 2022, the District Court granted Plaintiff's application to proceed in forma pauperis. On January 13, 2023, the court screend and dismissed the complaint with leave to amend.

On March 10, 2023 Plaintiff filed a First Amended Complaint. The court screend the FAC and dismissed it with leave to amend.

Plaintiff filed a 2nd Amended Complaint on May 18, 2023.

a. Parties to this previous lawsuit:
Plaintiff _GARY M. GRUBER_

Defendants _DAVID Holbrook, Kersten Jordan-Maree, J. Gonzalez, and R. Montoya_

b. Court _United States District Court Central District of California_

c. Docket or case number _5:22-CV-01486-FLA(MAA)_

d. Name of judge to whom case was assigned _Honorable MARIA A. Audero_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _Still Pending_

f. Issues raised: _Eighth Amendment claim for Deliberate Indifference; First Amendment claim for Retaliation_

g. Approximate date of filing lawsuit: _August 23, 2022_

h. Approximate date of disposition _not Sure_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _GARY M. GRUBER_
(print plaintiff's name)
who presently resides at _11344 Valle Vista Road, Lakeside, CA. 92040_,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_Lancaster State Prison_
(institution/city where violation occurred)

on (date or dates) __1-16-2020__, __2-3, 2021__, _____
                                (Claim I)       (Claim II)       (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Ray Bon Johnson JR.__ resides or works at
(full name of first defendant)
__Lancaster State Prison__
(full address of first defendant)
__Warden of Lancaster State Prison__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
__Ray Bon Johnson JR. is The Warden at Lancaster State Prison and at all Times Acted under color of Law__

2. Defendant __Larry Culper__ resides or works at
(full name of first defendant)
__Lancaster State Prison__
(full address of first defendant)
__CDCR Ombudsman__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
__Larry Culper The Ombudsman For Lancaster State Prison and at all Times Acted under color of Law__

3. Defendant __E. Joe__ resides or works at
(full name of first defendant)
__Lancaster State Prison__
(full address of first defendant)
__CDCR Ombudsman__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
__E. Joe is The Ombudsman For Lancaster State Prison and at all Times Acted under color of Law__

4. Defendant __T. Lawandowosk__ resides or works at
   (full name of first defendant)
   __Lancaster State Prison__
   (full address of first defendant)
   __Chief Deputy Warden of Lancaster__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __T. Lawandowosk is chief Deputy Warden at Lancaster and at all Times Acted under Color of Law__

5. Defendant __Eschate__ resides or works at
   (full name of first defendant)
   __Lancaster State Prison__
   (full address of first defendant)
   __Correctional officer at Lancaster__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Eschate is a Correctional officer at Lancaster and at all Times Acted under Color of Law__

D. **CLAIMS***

**CLAIM I**

The following civil right has been violated:

The Plaintiff is Alleging Violations under The eighth Amendment For (1) Deliberate Indifference; (2) Cruel and unusual Punishment; (3) unsafe Living conditions.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) In The court's order dismissing The complaint with Leave To amend The court states That There is only one Actual Factual Allegation in The complaint against Defendant Eschate, For paying a Level 4 inmate To Attack and Assault Plaintiff when he was on The Phone with his brother.

2) The Plaintiff is a Sex offender with Level 2 points, That was "Deliberately" placed on a Level 4 yard at Lancaster State Prison.

3) To Say That Defendant Ray Bon Johnson JR., Defendant Larry Culper, and Defendant J. Lawandowosk did not Know That Plaintiff was a Sex offender with Level 2 points That was housed on a Level 4 yard is an under statement. It is "Literally" Their JoB To know That

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

4) There is no without awareness of the danger to Plaintiff. The Defendant's Johnson, Culper, and Lawandowsk knew of the substantial risk of serious harm to the Plaintiff and deliberately disregarded that risk of serious harm.

5) The Plaintiff is a sex offender and there is no way that Defendant Johnson, Culper, and Lawandowsk did not know that, "It is literally their job to know that."

6) Defendant Eschate knew that the Plaintiff was a sex offender and paid a level 4 inmate to attack and assault the Plaintiff.

7) If Defendant Johnson, Culper, and Lawandowsk had done their job, instead of disregarding the fact that Plaintiff was a sex offender with Level 2 points that was housed on a Level 4 yard, the Plaintiff would have never been put at risk of serious harm and attacked and assaulted by a Level 4 inmate.

8) To know that Plaintiff was a sex offender with Level 2 points and was improperly housed in a Level 4 prison, shows the required mental state of "Deliberate Indifference" to Plaintiff's health and safety.

9) Deliberate Indifference is met when the official's knows of and disregards an excessive risk to inmates health and safety.

10) Defendant, Ray Bon Johnson JR. is the Warden of Lancaster State Prison, He is legally Responsible for the operation of Lancaster State Prison and the welfare of the Plaintiff, and at all times acted under color of law.

11) Defendant, Ray Bon Johnson JR.'s personal involvement in Violating Plaintiff's Eighth Amendment Rights was knowing that Plaintiff was a Sex offender with Level 2 points and failed to Remove Plaintiff from a Level 4 yard at Lancaster where Plaintiff was attacked and assaulted by a Level 4 inmate.

12) There is no way that Defendant Ray Bon Johnson JR. was not aware that Plaintiff was a Sex offender with Level 2 points that was being placed on a Level 4 yard with Level 4 inmates. Defendant Johnson, is the Warden of Lancaster State Prison, and it is literally his Job to know that.

13) It's Defendant Ray Bon Johnson JR.'s policy and CDCR's policy that Level 2 inmate's should be completely separated from Level 4 inmates. That's the Reason there's Level 1, 2, 3, and 4 inmates, Level 4 inmates being the most Violate.

14) This willful, wanton, Reckless and outrageous conduct by Defendant Johnson was a gross disregard to the health, Safety, and well-being of the Plaintiff and is a Violation of Plaintiff's eighth Amendment Rights under the United States Constitution.

15) Defendant, Larry Cupler is the ombudsman for Lancaster State Prison, and at all times acted under color of law.

16) Defendant Larry Cupler was aware that Plaintiff was a sex offender with Level 2 points that was housed on a Level 4 yard at Lancaster State Prison with Level 4 inmates.

17) Defendant, Larry Cupler was notified by a number of letter's that Plaintiff was at risk of serious harm.

18) Defendant, Larry Cupler only slated Plaintiff for transfer after Plaintiff was attacked and assaulted by a Level 4 inmate, and Defendant Cupler was aware long before Plaintiff was attacked and assaulted, (But) disregarded that a substantial risk of serious harm existed.

19) This willful, wanton, reckless, and outrageous conduct be Defendant Larry Cupler is a disregard to the health, safety, and well-being of the Plaintiff, and is a gross violation of Plaintiff's Eighth Amendment Rights under the United States Constitution.

20) Defendant, T. Lwandowsk is the Chief Deputy Warden at Lancaster State Prison, He is Legally Responsible for operations and Responding to Grievane's at Lancaster State Prison.

21) Defendant, T. Lawandowsk was notified that Plaintiff was at risk of serious harm when Plaintiff filed a Grievance letting Defendant Lawandowsk know that he was a sex offender with Level 2 points that was improperly placed on a Level 4 yard.

22) Defendant, T. Lawandowsk unlawfully and willfully disregarded Plaintiff's Grievance, and that resulted in Plaintiff being attacked and assaulted by a Level 4 inmate.

23) This willfull, wanton, reckless and outrageous conduct by Defendant T. Lawandowsk is a gross disregard to the health, safety, and well-being of Plaintiff, and is a gross violation of Plaintiff's Eighth Amendant Rights under the United States Constitution.

24) Defendant, Eschate is a correctional officer for the California Department of Corrections and Rehabilitation at Lancaster State Prison and at all times acted under color of law.

25) It's bad enough that Defendant's Johnson, Culper, and Lawandowsk knew of the risk of serious harm to Plaintiff, and disregarded that risk only to fall in the hands of Defendant Eschate who on 2/3/21 paid a Level 4 inmate to attack and assault the Plaintiff will Plaintiff was on the phone with his brother, because Plaintiff was a sex offender.

26) This willful, wanton, Reckless and outrageous conduct be Defendant Eschate is a gross disregard to the health, safety, and well-being of the Plaintiff and is a gross violation of Plaintiff's Eighth Amendment Rights under the United States Constitution.

27) The awareness of the Danger to Plaintiff was known to Defendant Johnson, and Defendant Lewandowski at committee, because every inmate goes to a committee upon arrival at a new prison.

28) In this case Plaintiff went to committee upon arrival at Lancaster State Prison, and Defendant's Johnson and Lewandowski where at that committee because that is CDCR's policy that the Warden and Chief Deputy Warden attend each committee.

29) Defendant's Ray Lon Johnson JR., Larry Cuper, T. Lewandowsk and Eschate where aware of facts from which the inference could be drawn that a substantial Risk of serious harm exists, But Disregarded such Risk.

30) California has laws that (Require) prison staff members to protect the safety of all inmates, including those who have been convicted of sex offenses.

31) In this case the Defendant's failed to protect the Plaintiff.

32) Plaintiff is Dropping Defendant E. Joe from the Complaint.

## Legal Claims

33) Defendant's Ray Bon Johnson Jr., Larry Culper, T. Lawandowsk, and ESchate has violated the Plaintiff's Eighth Amendment Rights Because They where Subjectively aware of the Substantial Risk of Serious harm to Plaintiff and grossly Disregarded that Risk Resulting in Plaintiff being Attacked and assaulted by a Level 4 inmate.

34) The Plaintiff is Respectfully Demanding a Jury Trial.

35) This case will Require Discovery of Documents and Depositions of a number of Witnesses.

36) Award Compensatory Damages in the following amounts:
(1) $100,000 Jointly and Severally against Defendant's Johnson, Culper, and Lawandowsk for Violating Plaintiff's eighth amendment Rights For Disregarding the Substantial Risk of Serious harm That existed.

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

37) $200.000 Jointly and Severally against Defendant Eschate For Disclosing confidential information about The Plaintiff being a Sex offender and For paying a Level 4 inmate to Attack and assault Plaintiff.

38) Award Punitive Damages in The Following Amounts:

(1) $100.000 against all Defendant's For Violating The Plaintiff's constitutional Rights That are Secured by The constitution And laws of The United States.

39) Grant Such other Relief As it may appear That Plaintiff is entitled.

_____   _____
(Date)                      (Signature of Plaintiff)