1  ROB BONTA
   Attorney General of California
2  JON S. ALLIN
   Supervising Deputy Attorney General
3  DAVID E. KUCHINSKY
   Deputy Attorney General
4  State Bar No. 292861
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-7666
     Fax: (916) 324-5205
7    E-mail: David.Kuchinsky@doj.ca.gov
   *Attorneys for Defendants L. Cupler,*
8  *T. Lewandowski, and R. Johnson*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                      LOS ANGELES DIVISION

12

| GARY M. GRUBER, | 2:23-cv-01824-FLA-MAA |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| v. | |
| RAY BON JOHNSON, JR. et al., | Date: None Set<br>Time: None Set<br>Judge: Hon. Maria A. Audero |
| Defendants. | |

20     **TO PLAINTIFF GARY M. GRUBER, PRO SE:**

21     Please take notice that pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants move the Court for an order dismissing Plaintiff's First Amended Complaint (FAC), filed June 15, 2023 (ECF No. 12) on the grounds that Plaintiff has failed to state a claim against Defendants Cupler, Lewandowski, and Johnson, and that these Defendants are entitled to qualified immunity.

       Pursuant to Magistrate Judge Audero's law and motion procedures, this motion is being filed without requesting a hearing date. The Court will determine whether a hearing is necessary and, if so, will set a hearing date.

1    This motion is based upon this Notice of Motion and Motion, the
2 Memorandum of Points and Authorities in Support thereof, and other such matters
3 as the Court deems appropriate.

4 Dated:  December 11, 2023            Respectfully submitted,

                                       ROB BONTA
                                       Attorney General of California
                                       JON S. ALLIN
                                       Supervising Deputy Attorney General


                                       **/s/ David E. Kuchinsky**


                                       DAVID E. KUCHINSKY
                                       Deputy Attorney General
                                       *Attorneys for Defendants L. Cupler,*
                                       *T Lewandowski, and Raybon Johnson*

SA2023305424
37726944.docx

2