UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:23-cv-01824-FLA (MAA)**                                    Date: **January 25, 2024**

Title     **Gary M. Gruber v. Ray Bon Johnson et al.**

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order Regarding Plaintiff's Opposition to Defendant's Motion to Dismiss (ECF No. 24)**

On December 11, 2023, Defendants filed a Motion to Dismiss Plaintiff's First Complaint. ("Motion," ECF No. 24.)  On December 12, 2023, the Court ordered Plaintiff ("Plaintiff") to file an Opposition to the Motion no later than **January 11, 2024**.  (ECF No. 25.)  The Court included an explicit caution: "Plaintiff is advised that failure to respond to the Motion may be construed as consent to the granting of the Motion and may result in dismissal of the action.  C.D. Cal. L.R. 7-12."  (*Id.*)

To date, Plaintiff has not filed an Opposition to the Motion.

Plaintiff is **ORDERED TO SHOW CAUSE** by **February 26, 2024** why the Court should not recommend that the lawsuit be dismissed for failure to file an Opposition to the Motion.  If Plaintiff files an Opposition to the Motion on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to file an Opposition to the Motion will be deemed as consent to the granting of the Motion and will result in a recommendation that this action be dismissed.  C.D. Cal. L.R. 7-12.**

It is so ordered.