UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:23-cv-01824-FLA (MAA)**                             Date:  **March 15, 2024**

Title     **Gary M. Gruber v. Ray Bon Johnson et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order Regarding Plaintiff's Motion for Extension of Time (ECF No. 29)

　　On December 11, 2023, Defendants Larry Cupler, T. Lewandowski, and Ray Bon Johnson, Jr. (collectively, "Defendants") filed a Motion to Dismiss Plaintiff's First Amended Complaint ("Motion to Dismiss").  (Mot. to Dismiss, ECF No. 24.)  The Court ordered Plaintiff to file an Opposition to the Motion to Dismiss no later than **January 11, 2024**.  (ECF No. 25.)  When Plaintiff failed to file an Opposition by that deadline, on January 25, 2024, the Court issued an Order to Show Cause ("OSC"), ordering Plaintiff to, no later than **February 26, 2024** to show cause why the Court should not recommend that the lawsuit be dismissed for failure to file an Opposition to the Motion to Dismiss.  (OSC, ECF No. 26.)  Alternatively, Plaintiff could discharge the OSC by filing an Opposition to the Motion to Dismiss by that deadline.  (*Id.*)

　　In the absence of a timely response from Plaintiff, on March 12, 2024, the Court issued a Report and Recommendation ("R&R"), recommending the District Court grant the Motion to Dismiss and dismiss this action without prejudice due to Plaintiff's failures to file an Opposition to the Motion to Dismiss, prosecute the case, and obey the Court's orders.  (R&R, ECF No. 28.)

　　On March 14, 2024, Plaintiff filed a "Motion for Extension of Time Do [sic] to Health Concerns" ("Motion").  (Mot., ECF No. 29.)  The Motion requests a 120-day extension of time in the case due to Plaintiff's health concerns, as Plaintiff was hospitalized two weeks ago with blood clots and currently is undergoing tests and treatment to find the source of, and treat, the blood clots.  (*Id.*)

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **5:23-cv-01824-FLA (MAA)**                                        Date:  **March 15, 2024**

Title   **Gary M. Gruber v. Ray Bon Johnson et al.**

The Court hereby **ORDERS** as follows:

(1) The Court's R&R (ECF No. 28) is **WITHDRAWN**.

**(2)** Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART**.  Plaintiff must file an Opposition to Defendants' Motion to Dismiss no later than **May 14, 2024**.  Plaintiff is advised that failure to respond to the Motion to Dismiss may be construed as consent to the granting of the Motion of Dismiss and may result in a recommendation that the lawsuit be dismissed.  C.D. Cal. L.R. 7-12; *see also Ghazali v. Moran*, 46 F.3d 52, 53–54 (9th Cir. 1995) (affirming dismissal on the basis of an unopposed motion pursuant to local rule).  Plaintiff is cautioned that the Court is not inclined to grant any additional extensions of time for Plaintiff to file an Opposition to the Motion to Dismiss.  Plaintiff also is cautioned that if the Court files another Report and Recommendation due to Plaintiff's failure to file an Opposition, failure to prosecute, and/or failure to obey Court orders, the Court likely will not be amenable to withdrawing it.

(3) Defendants may file and serve an optional Reply no later than **14 days** after service of the Opposition.  The Motion to Dismiss will stand submitted for decision upon receipt of the Reply or upon expiration of Defendant's time to file the Reply.  Absent prior written order of the Court, Plaintiff may not file a response to Defendants' Reply.  C.D. Cal. L.R. 7-10.

**Plaintiff is cautioned that failure to comply with this Order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  *See* C.D. Cal. L.R. 41-1.**

It is so ordered.